IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 04 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization; and WESTERN WATERSHEDS PROJECT, a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIP WEBER, in his capacity as Forest Supervisor for the Flathead National Forest; and the UNITED STATES FOREST SERVICE, a federal agency,<br><br>Defendants. | CV 19–56–M–DWM<br><br>ORDER |

Plaintiffs Wildearth Guardians and Western Watersheds Project move for the admission of Susan Jane M. Brown, John R. Mellgren, and Marla Fox to practice before this Court in this case with Kelly E. Nokes to act as local counsel. The applicant attorneys' applications appear to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motions to admit Susan Jane M. Brown, John R. Mellgren, and Marla Fox *pro hac vice* (Docs. 3, 4, 5) are GRANTED on the condition that Ms. Brown, Mr. Mellgren, and Ms. Fox shall do their own work. This means that Ms. Brown, Mr. Mellgren, and Ms. Fox must do their own writing; sign their own pleadings, motions, and briefs; and appear and

1

participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Brown, Mr. Mellgren, and Ms. Fox, within fifteen (15) days of the date of this Order, file a notice acknowledging their respective admission under the terms set forth above. Counsel are advised that this Court's custom is to limit each side to two *pro hac vice* admissions. This Order will be reconsidered if difficulties arise because of the departure from custom in this case.

DATED this 4th day of April, 2019.

_____
Donald W. Molloy, District Judge
United States District Court