JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
FREDERICK H. TURNER, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022 (Tustin)
         (202) 305-0641 (Turner)
Fax:     (202) 305-0506 (Tustin)
         (202) 305-0275 (Turner)

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS and WESTERN WATERSHEDS PROJECT,<br>  Plaintiffs,<br><br>v.<br><br>CHIP WEBER, in his capacity as Forest Supervisor for the Flathead National Forest and the UNITED STATES FOREST SERVICE, a federal agency,<br>  Defendants. | Case No. 9:19-cv-0056-DWM<br><br>DEFENDANTS' NOTICE OF APPEARANCE |

Defendants hereby enter the appearance of John P. Tustin, United States Department of Justice, as counsel of record on behalf of Defendants in this matter. Service of all papers by U.S. Mail should be addressed as follows:

> JOHN P. TUSTIN
> Senior Attorney
> Natural Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> Benjamin Franklin Station, P.O. Box 7611
> Washington, D.C. 20044-7611

Express deliveries (Federal Express, courier etc.) should be addressed to:

> JOHN P. TUSTIN
> Senior Attorney
> Natural Resources Section
> Environment & Natural Resources Division
> U.S. Department of Justice
> 601 D Street, N.W.
> Washington, D.C.  20004

Mr. Tustin's telephone number is (202) 305-3022; his facsimile number is (202) 305-0506; and his email address is: john.tustin@usdoj.gov.  Counsel has registered with the United States District Court for the District of Montana for electronic filing using the email address set forth above.  Jean E. Williams is the Deputy Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice.  Ms. Williams should not be separately served with Court filings.

Respectfully submitted on this 29th day of May, 2019.

                    JEAN E. WILLIAMS
                    Deputy Assistant Attorney General
                    Environment and Natural Resources Division
                    United States Department of Justice

                    */s/   John P. Tustin*
                    JOHN P. TUSTIN, Senior Attorney
                    Natural Resources Section
                    FREDERICK H. TURNER, Trial Attorney
                    Wildlife and Marine Resources Section
                    P.O. Box 7611
                    Washington, D.C. 20044-7611
                    Phone:   (202) 305-3022 (Tustin)
                                   (202) 305-0641 (Turner)
                    Fax:       (202) 305-0506 (Tustin)
                                   (202) 305-0275 (Turner)

                    KURT G. ALME
                    United States Attorney

                    *Attorneys for Defendants*