JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022
Fax:        (202) 305-0506

KURT G. ALME
United States Attorney

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.* ) | Case No. 9:19-cv-0056-DWM |
| ) | |
| v.  ) | |
| ) | JOINT MOTION FOR AN |
| CHIP WEBER, *et al.* ) | EXTENSION OF TIME |
| ) | |

The parties jointly move for an extension of time of all pending deadlines in this action. The parties' pretrial statements are due June 17, 2019 and the case management plan is due July 2, 2019. ECF No. 6. Defendants' answer also is due June 14, 2019. The parties propose to file a joint case management plan by July 23, 2019, that will include all deadlines, including dates for the pretrial statements, an amended complaint, and a responsive pleading.

The reason for the requested extension is that there is a related case, *Swan View Coalition, et al. v. Bernhardt, et al.*, No. 9:19-cv-0060-DLC, that also challenges the U.S. Forest Service's 2018 Land Management Plan for the Flathead National Forest. The *Swan View Case* identified this action as a related case. The administrative record for both actions will be the same, and there is some overlap in the allegations in the two complaints. Federal-Defendants in this action intend to move this Court to consolidate both cases for all further proceedings. The *WildEarth Guardians* plaintiffs do not oppose consolidation. The *Swan View Coalition* plaintiffs represent that they will take no position on consolidation. The current parties in this action believe it will conserve judicial resources to have a single case management plan (if the cases are consolidated) or a coordinated schedule for the two case management plans (if the cases are not consolidated).

Due to the possibility of consolidation, the parties need additional time to confer with counsel in the *Swan View Coalition* case about the case management plan. Additionally, Plaintiffs in this action intend to amend their complaint, which may change the nature of the pretrial statement as well as Defendants' responsive pleading. The parties believe it is prudent to include dates for the pretrial statement, an amended complaint, and the responsive pleading in the proposed joint case management plan. The parties propose July 23, 2019, as the deadline to file the case management plan. In the case management plan, Plaintiffs will

commit to filing an amended complaint shortly after the approval of a joint case management plan.

For the foregoing reasons, the parties respectfully move for an extension of time for all pending deadlines and to file the case management plan on July 23, 2019.  A proposed order is attached and will be emailed to chambers.

Respectfully submitted on this 12th day of June, 2019.

| | |
|---|---|
| *Attorneys for Plaintiffs*<br>*WildEarth Guardians and*<br>*Western Watersheds Project* | /s/   John R. Mellgren (with permission)<br>KELLY E. NOKES (Mont. Bar No. 39465862)<br>Western Environmental Law Center<br>208 Paseo del Pueblo Sur, No. 602<br>Taos, NM 87571<br>Ph: (575) 613-8051<br>nokes@westernlaw.org<br><br>SUSAN JANE M. BROWN<br>Western Environmental Law Center<br>4107 NE Couch St.<br>Portland, OR 97232<br>Ph: (503) 680-5513<br>brown@westernlaw.org<br><br>JOHN R. MELLGREN<br>Western Environmental Law Center<br>120 Shelton McMurphey Blvd., Ste. 340<br>Eugene, OR 97401<br>Ph: (541) 359-0990<br>mellgren@westernlaw.org |
| *Attorney for Plaintiff*<br>*WildEarth Guardians* | MARLA FOX<br>WildEarth Guardians |

         P.O. Box 13086
         Portland, OR 97213
         Ph: (651) 434-7737
         mfox@wildearthguardians.org

*Attorneys for Defendants*   JEAN E. WILLIAMS
         Deputy Assistant Attorney General
         Environment and Natural Resources Division
         United States Department of Justice

         */s/   John P. Tustin*
         JOHN P. TUSTIN, Senior Attorney
         Natural Resources Section
         P.O. Box 7611
         Washington, D.C. 20044-7611
         Phone:   (202) 305-3022
         Fax:       (202) 305-0506

         KURT G. ALME
         United States Attorney