IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, a non-profit organization; and WESTERN WATERSHEDS PROJECT, a non-profit organization,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIP WEBER, in his capacity as Forest Supervisor for the Flathead National Forest; and the UNITED STATES FOREST SERVICE, a federal agency,<br><br>Defendants. | CV 19–56–M–DWM<br><br>ORDER |

The parties' having filed a Joint Motion for an Extension of Time,

IT IS ORDERED that the motion (Doc. 15) is GRANTED. The parties shall file a joint case management plan on or before July 23, 2019. The joint case management plan shall propose deadlines for pretrial statements, an amended complaint, and responsive pleadings, in addition to the deadlines required by paragraph 4 of the April 3, 2019 Order, (Doc. 6). The answer deadline and the preliminary pretrial statement deadline are continued pending adoption of the case

management plan. The April 3, 2019 Order (Doc. 6) remains in full force and effect in all other respects.

DATED this 13th day of June, 2019.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court