IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Lead Case No. |
| | CV 19–56–M–DWM |
| Plaintiffs, | |
| | Member Case No. |
| and | CV 19–60–M–DWM |
| | |
| SWAN VIEW COALITION, et al., | |
| | |
| Consolidated Plaintiffs, | ORDER |
| | |
| vs. | |
| | |
| CHIP WEBER, et al., | |
| | |
| Defendants, | |
| | |
| and | |
| | |
| DAVID BERNHARDT, et al., | |
| | |
| Consolidated Defendants. | |

Plaintiffs and Consolidated Plaintiffs having filed a Joint Unopposed Motion for Stay of Summary Judgment Briefing Schedule and good cause appearing,

IT IS ORDERED that the motion (Doc. 47) is GRANTED. The October 8, 2019 Case Management Order (Doc. 36) is VACATED.

1

IT IS FURTHER ORDERED that the parties shall propose a new case management plan within seven days of the resolution of the pending motions.

DATED this 8th day of January, 2020.

_____ 14:45 P.M.
Donald W. Molloy, District Judge
United States District Court