IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Lead Case No. |
| Plaintiffs, | CV 19–56–M–DWM |
| and | Member Case No. |
| SWAN VIEW COALITION, et al., | CV 19–60–M–DWM |
| Consolidated Plaintiffs, | ORDER |
| vs. | |
| KURTIS E. STEELE, et al., | |
| Defendants, | |
| and | |
| DAVID BERNHARDT, et al., | |
| Consolidated Defendants. | |

Defendants having filed an Unopposed Motion for Expedited Briefing and Consideration of Defendants' Motion for Protective Order,

IT IS ORDERED that the motion (Doc. 57) is GRANTED. Plaintiffs' response to the Motion for Protective Order (Doc. 56) is due May 29, 2020.

DATED this 21st day of May, 2020.

Donald W. Molloy, District Judge
United States District Court