Mark L. Stermitz
CROWLEY FLECK PLLP
305 S. 4th St. E.
Missoula, MT 59801
Telephone: (406) 523-3600
Email: mstermitz@crowleyfleck.com

Sara Ghafouri, Ore. Bar #111021 *(Pro Hac Vice)*
Lawson E. Fite, Ore. Bar #055573 *(Pro Hac Vice forthcoming)*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232
Telephone: (503) 222-9505
Email: sghafouri@amforest.org
Email: lfite@amforest.org

*Attorneys for Defendant-Intervenors Montana Logging Association and American Forest Resource Council*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br> Plaintiffs, <br> and <br> SWAN VIEW COALITION, et al., <br> Consolidated Plaintiffs, <br> vs. <br> KURTIS E. STEELE et al., <br> Defendants, <br> and <br> DAVID BERNHARDT, et al., <br> Consolidated Defendants | Lead Case No. <br> CV 19-56-M-DWM <br><br> Member Case No. <br> CV 19-60-M-DWM <br><br> **DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT** |

DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT – 1

| | |
|---|---|
| and<br><br>MONTANA LOGGING ASSOCIATION, a Montana non-profit corporation and AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit corporation,<br><br>    Defendant-Intervenors. | )<br>)<br>)<br>)<br>) |

Defendant-Intervenors' Montana Logging Association and American Forest Resource Council hereby move the Court for summary judgment, pursuant to Fed. R. Civ. P. 56(a) and L.R. 56.1.

This Motion is supported by the accompanying Memorandum, Defendant-Intervenors' Statement of Undisputed Facts, Defendant-Intervenors' Statement of Disputed Facts, the administrative record, the pleadings and papers on file in this case, and such oral argument as the Court may allow.

WHEREFORE, Defendant-Intervenors' Montana Logging Association and American Forest Resource Council pray that this Court grant this Cross-Motion for Summary Judgment, and thereby enter judgment in favor of Defendant-Intervenors.

Respectfully submitted this 6th day of October, 2020.

CROWLEY FLECK PLLP

/s/ Mark L. Stermitz

Mark L. Stermitz
305 S. 4th St. E.
Missoula, MT 59801

/s/ Sara Ghafouri
Sara Ghafouri, *(Pro Hac Vice*)
Lawson E. Fite, *(Pro Hac Vice forthcoming)*
American Forest Resource Council
700 N.E. Multnomah, Suite 320
Portland, Oregon 97232

Attorneys for Defendant-Intervenors

DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT – 3

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I filed the above with the Court's CMS/ECF system, which will send notice to each party.

/s/ Sara Ghafouri
Sara Ghafouri

DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT – 4