JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
FREDERICK H. TURNER, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:  (202) 305-3022 (Tustin)
        (202) 305-0641 (Turner)
Fax:    (202) 305-0506 (Tustin)
        (202) 305-0275 (Turner)

LEIF M. JOHNSON
Acting United States Attorney

*Attorneys for Federal Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | | |
|---|---|---|
| WILDEARTH GUARDIANS, *et al.*, | ) | Lead Case No. |
|     Plaintiffs, | ) | 9:19-cv-0056-M-DWM |
|   and | ) | |
| SWAN VIEW COALITION, *et al.*, | ) | Member Case No. |
|     Consolidated Plaintiffs | ) | 9:19-cv-0060-M-DWM |
| | ) | |
|   v. | ) | FEDERAL DEFENDANTS' |
| | ) | NOTICE REGARDING |
| KURTIS E. STEELE , *et al.*, | ) | SUBSTITUTION OF |
|     Defendants, | ) | DEFENDANTS |
|   and | ) | |
| DAVID BERNHARDT, *et al.*, | ) | |
|     Consolidated Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 25(d), Federal Defendants make the following substitutions for the named parties in this consolidated action:

- Deb Haaland, in her official capacity as Secretary of the Interior, is substituted for David Bernhardt, Former Secretary of the Interior; and
- Martha Williams, in her official capacity as Principal Deputy Director, exercising the delegated authority of Director of the Fish and Wildlife Service, is substituted for Aurelia Skipwith, Former Director of the Fish and Wildlife Service.

There is no change at this time to the other named Federal Defendants, who are the United States Fish and Wildlife Service, the United States Forest Service, Vicki Christensen, in her official capacity as Chief of the United States Forest Service, and Kurtis E. Steele, in his official capacity as Forest Supervisor of the Flathead National Forest.

Respectfully submitted this 24th day of May, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

/s/   John P. Tustin

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section
FREDERICK H. TURNER, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:   (202) 305-3022 (Tustin)
           (202) 305-0641 (Turner)
Fax:     (202) 305-0506 (Tustin)
           (202) 305-0275 (Turner)

LEIF M. JOHNSON
Acting United States Attorney

*Attorneys for Federal Defendants*