IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　and<br><br>SWAN VIEW COALITION, et al.,<br><br>　　　　Consolidated Plaintiffs,<br><br>　vs.<br><br>KURTIS E. STEELE, et al.,<br><br>　　　　Defendants,<br><br>　and<br><br>DAVID BERNHARDT, et al.,<br><br>　　　　Consolidated Defendants,<br><br>　and<br><br>MONTANA LOGGING ASSOCIATION and AMERICAN FOREST RESOURCE COUNCIL,<br><br>　　　　Defendant-Intervenors. | Lead Case No.<br>CV 19-56-M-DWM<br><br>Member Case No.<br>CV 19-60-M-DWM<br><br>JUDGMENT |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Opinion and Order filed this date; the 2017 BiOp provisions that violate the ESA are REMANDED WITHOUT VACATUR to the agencies for further consideration consistent with the Opinion and Order; and, this action is DISMISSED.

Dated this 24th day of June, 2021.

TYLER P. GILMAN, CLERK

/s/ Nicole Stephens
Nicole Stephens, Deputy Clerk