IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Lead Case No. CV 19–56–M–DWM |
| Plaintiffs, | |
| and | Member Case No. CV 19–60–M–DWM |
| SWAN VIEW COALITION, et al., | |
| Consolidated Plaintiffs, | ORDER |
| vs. | |
| KURTIS E. STEELE, et al., | |
| Defendants, | |
| and | |
| DAVID BERNHARDT, et al., | |
| Consolidated Defendants, | |
| and | |
| MONTANA LOGGING ASSOCIATION, et al., | |
| Defendant-Intervenors. | |

Plaintiffs in these consolidated cases moved for attorney fees, (Doc. 155,

157), and Defendants' response to that motion is currently due August 5, 2022.

However, the parties seek a joint motion to stay briefing on the question of

1

attorney fees pending settlement negotiations.  Accordingly,

IT IS ORDERED that the motion to stay (Doc. 159) is GRANTED.  The

briefing deadline is STAYED until October 6, 2022.  On that date, the stay shall

automatically be lifted and the parties shall either file a joint notice of settlement or

defendants shall file their brief(s) in response to the attorney fees motions.

DATED this 19th day of July, 2022.

Donald W. Molloy, District Judge
United States District Court