IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | Lead Case No. CV 19–56–M–DWM |
| Plaintiffs, | |
| and | Member Case No. CV 19–60–M–DWM |
| SWAN VIEW COALITION, et al., | |
| Consolidated Plaintiffs, | |
| vs. | |
| KURTIS E. STEELE, et al., | ORDER |
| Defendants, | |
| and | |
| DEB HAALAND, et al., | |
| Consolidated Defendants, | |
| and | |
| MONTANA LOGGING ASSOCIATION, et al., | |
| Defendant-Intervenors. | |

As directed by the Ninth Circuit Court of Appeals (Docs. 172, 173),

IT IS ORDERED that the June 14, 2021 Order and Judgment, (Doc. 116),

are VACATED as to the Plaintiffs' ESA claims (WildEarth Claim II, Count II;

1

Swan Valley Claims I and II) that rely on the United States Fish and Wildlife Service's 2017 Biological Opinion (*see id.* at 51–53), which are DISMISSED as MOOT.

DATED this 27th day of July, 2023.

_____
Donald W. Molloy, District Judge
United States District Court